BEFORE THE THIRD DIVISION, JULY 29, 1960

No. 64422.—Alliance Distributors, Inc., et al. *v.* United States, protests 8958–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

JULY 27, 1960

No. 64423.—Victor Machinery Exchange, Inc. *v.* United States, protest 290170–K. Protest abandoned June 13, 1960. (Not published.) (Initial No. 290176–K.) Plaintiff's application for rehearing granted.

No. 64424.—Lang & Marshall Co., Inc. *v.* United Statets, protest 290369–K. Protest abandoned June 13, 1960. (Not published.) (Initial No. 290176–K.) Plaintiff's application for rehearing granted.

JULY 27, 1960

No. 64425.—SUIT 4996.—Atlantic Aluminum & Metal Distributors, Inc. *v.* United States.— —C.D. 2063 affirmed January 6, 1960. C.A.D. 735.

No. 64426.—SUIT 4997.—Indussa Corp. *v.* United States.— —A.R.D. 100 reversed March 15, 1960. C.A.D. 736.